No. 87–1745.  SOUTH CENTRAL UNITED FOOD & COMMERCIAL WORKERS UNIONS AND EMPLOYERS HEALTH & WELFARE TRUST ET AL. *v.* C & G MARKETS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–1746.  SOUTHLAND CORP. ET AL. *v.* SUPERIOR COURT OF THE COUNTY OF ALAMEDA (KEATING ET AL., REAL PARTIES IN INTEREST).  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 87–1747.  BENTON *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 87–1748.  NEWSDAY, INC. *v.* SISE, CHIEF ADMINIS-TRATIVE JUDGE, OFFICE OF COURT ADMINISTRATION OF THE STATE OF NEW YORK, ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 87–1752.  DEWEERTH *v.* BALDINGER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–1753.  SMITH *v.* SMITH ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 87–1763.  BOZEK *v.* DANNING, CHAPTER 7 TRUSTEE.  C. A. 9th Cir.  Certiorari denied.

No. 87–1775.  AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA *v.* ATLANTIC PERMANENT FEDERAL SAVINGS & LOAN ASSN.  C. A. 4th Cir.  Certiorari denied.

No. 87–1777.  BARANSKI ET AL. *v.* CHICAGO MERCANTILE EXCHANGE.  C. A. 7th Cir.  Certiorari denied.

No. 87–1779.  LARSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 87–1788.  ROSE *v.* FULTZ.  C. A. 9th Cir.  Certiorari denied.

No. 87–1793.  READING CO. *v.* CJI INDUSTRIES, INC.  C. A. 3d Cir.  Certiorari denied.